# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LOUIS VUITTON MALLETIER S.A.S.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:26-cv-2160 |
| | ) | |
| v. | ) | |
| | ) | |
| **PPE CASINO RESORTS MARYLAND, LLC** | ) | |
| **D/B/A LIVE! CASINO & HOTEL, THE** | ) | |
| **CORDISH COMPANIES, INC., and ABC** | ) | |
| **CORPS. 1-10,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## [PROPOSED] ORDER

The Court, having reviewed the Agreed Motion to Extend Defendants' Deadline to Answer or Otherwise Respond to the Complaint, grants the Motion.

IT IS THEREFORE ORDERED the Response to the Complaint is now due July 14, 2026.

/S/ JAMES K. BREDAR  6/24/26
Judge James K. Bredar

1