IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LOUIS VUITTON MALLETIER S.A.S.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:26-cv-02160-JKB |
| | ) | |
| **PPE CASINO RESORTS MARYLAND, LLC D/B/A LIVE! CASINO & HOTEL, THE CORDISH COMPANIES, INC., and ABC CORPS. 1-10,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101.2.b, Defendants PPE Casino Resorts Maryland, LLC and The Cordish Companies, Inc., by and through their undersigned counsel, respectfully request that this Court grant leave to withdraw Douglas A. Rettew as attorney of record in this action. Defendants will be represented by counsel having now made entry of appearance by Matthew A. Haven and James P. Ulwick of Kramon & Graham, P.A. in this action. Counsel anticipates no disruption to the parties or to the Court by this withdrawal.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to withdraw Douglas A. Rettew as counsel of record in this action.

Dated: July 21, 2026                    Respectfully submitted,

                                        */s/ Douglas A. Rettew*
                                        Douglas A. Rettew (Bar #29815)
                                        FINNEGAN, HENDERSON, FARABOW,
                                          GARRET & DUNNER LLP
                                        901 New York Avenue, NW
                                        Washington, D.C. 20001-4413
                                        (202) 408-4000 (phone)
                                        (202) 408-4400 (fax)
                                        Email: doug.rettew@finnegan.com

                                        *Attorneys for Defendants PPE Casino Resorts*
                                        *Maryland, LLC D/B/A Live! Casino & Hotel,*
                                        *The Cordish Companies, Inc.*

**Certificate of Service**

I certify that on July 21, 2026, counsel of record was served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule 102(1)(c).


/s/ Douglas A. Rettew
Douglas A. Rettew