# Exhibit 1

# LIVE! MARYLAND GIFT CATALOG



**Dean Katris | dean@poweritup.com | 702.353.1695**

The contents of this presentation are intended solely for the addressee(s) and contain confidential and/or privileged information and may be legally protected from disclosure. 50% DEPOSIT REQUIRED.

# What the Hex



**servappétit**®

**10" Hex Lined Skillet**  **3 QT Hex Lined Sauce Pan w/Lid**  **12" Hex Lined Fry Pan**  **3 QT Hex Lined Saute Pan w/Lid**  **4 QT Hex Lined Dutch Oven**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|--------------|------------------|------------------|
| 2000 | $16.00 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Contemporary Cookware - Cream











**4.5 QT Ceramic Stock Pot - Cream**

**3.5 QT Saute Pan with Lid - Cream**

**10.5" Ceramic XL Fry Pan - Cream**

**2 QT Saucepan with Lid - Cream**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $16.65 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Contemporary Cookware - Black/Gold

servappétit®









**4.5 QT Ceramic Stock Pot - Black/Gold**

**3.5 QT Saute Pan with Lid - Black/Gold**

**10.5" Fry Pan - Black/Gold**

**2 QT Saucepan with Lid - Black/Gold**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $16.65 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Light but I Can Take the Heat





**Cast Aluminum 2QT Sauce Pot with Lid and Bakelite Handles**

**Cast Aluminum 5QT Stock Pot with Lid and Bakelite Handles**

**Cast Aluminum 9.5" Frying Pan and Bakelite Handles**

**Cast Aluminum 3.1 QT Sauté Pan with Lid and Bakelite Handles**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $19.25 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Oven-to-Table Stoneware



   

**9x13" Stoneware Rectangle Baker**

**9.5" Stoneware Square Baker with Lid**

**7x10" Stoneware Rectangle Baker**

**13.5x9.5" Stoneware Rectangle Covered Baker**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $15.95 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Bake and Take - Red

servappétit®









**Large Rectangular Baker & Carry Bag - Red**

**Medium Rectangular Baker & Carry Bag - Red**

**Small Rectangular Baker & Carry Bag - Red**

**Square Baker & Carry Bag - Red**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $15.90 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Bamboo Serving Essentials











**Bamboo Appetizer Set**

**Condiment Server Set**

**Utensil Set with Spice Rack**

**Noodle Bowl with Servers**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $16.80 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Complete the Kitchen - Navy

servappétit®

     

**Retro SERV Blender**    **Retro SERV Juicer**    **Retro SERV Toaster**    **Retro SERV Kettle**    **Retro SERV Mixer**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $21.95 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Black Tie Set Serveware











**Entertaining Platter Set**

**Large Serving Bowl**

**Stoneware  Chip & Dip Set**

**Stone Rectangular Baker**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $16.95EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Black Tie Affair













**Set of 4 Black Tie Bowls**

**20pc Matte Black Flatware Set**

**Set of 4 Black Tie Salad Plates**

**Set of 4 Black Tie Mugs**

**Set of 4 Black Tie Dinner Plates**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $15.65 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# The Gravy on Top



**Electric Carving Knife Set**

**Electric Gravy Warmer with Lid**

**3.7QT Slow Cooker**

**Double Buffet Warmer**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $20.25 EA | 135 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Elm Street Dinnerware





**Set of 6 Elm Street Dinner Plates**

**Set of 6 Elm Street Cereal Bowls**

**Set of 6 Elm Street Salad Plates**

**Set of 6 Elm Street Mugs**

**Set of 6 Elm Street Pasta Bowls**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $18.25 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**




# Elm Street Serveware






**Elm Street Platter Set**

**Elm Street Large Serving Bowl**

**Elm Street Chip and Dip Set**

**Elm Street Stone Rectangular Baker with Lid**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $16.95 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# The High Tide Collection

servappétit®











**Set of 4 High Tide Drinking Glasses**

**Set of 4 High Tide Dessert Plates**

**Set of 4 High Tide Salad Bowls**

**Set of 4 High Tide Dinner Plates**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $17.60 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**




# Cabo Azul









**Set of 4 Whiskey Glasses**

**Set of 4 Cabo Ceramic Dinner Plates**

**Set of 4 Cabo Ceramic Dessert Plates**

**Set of 4 Cabo Ceramic Bowls**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $15.60 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Rise and Grind











**Set of 4 Double Insulated Clear Mugs**

**Coffee Pod Storage Drawer**

**Set of 2 Acacia Glass Coffee Containers**

**Handheld Frother**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $15.00 EA | 110 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Blue Sky Ahead - Unnested



**16" Spinner**

**20" Spinner**

**Set of 3 Packing Cubes**

**Laptop Duffel**

**Hanging Toiletry Bag**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $23.50 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**




# Where to Next - Unnested







**Resort Tote**    **16" Spinner**    **Slim Canvas Backpack**    **Personal Carry Bag**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $19.20 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Soft as a Baby's Bottom









**Vegan Leather Travel Duffel Tote Bag**

**Vegan Leather Backpack**

**Dual Compartment Cosmetic Toiletry Bag**

**Vegan Leather Crossbody Body Bag**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $16.95 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Lux Monogram Mahogany











**Lux Monogram
Backpack**

**Lux Monogram
Duffel Bag**

**Lux Monogram
Toiletry Bag**

**Lux Monogram
Garment Bag**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $21.55 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Business or Pleasure - Blue











**Business Or Pleasure Laptop Backpack**

**Business Or Pleasure Commuter Tote**

**Business Or Pleasure Travel Duffel**

**Business Or Pleasure Laptop Attache**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $17.95 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Business or Pleasure - Black











**Business Or Pleasure Laptop Backpack**

**Business Or Pleasure Commuter Tote**

**Business Or Pleasure Travel Duffel**

**Business Or Pleasure Laptop Attache**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $17.95 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Journeyman Travel Collection









red/white pinstripe lining

**Journeyman Travel Pack Bag**

**35L Carry-All With Straps**

**Classic Duffle Bag With Strap**

**Set of 3 Packing Cubes**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
| --- | --- | --- |
| 2000 | $16.35 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Travel with Style











**20" Spinner**  **20" Rolling Duffle Bag**  **20" Duffle Bag**  **Messenger Bag**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 000 | $22.50 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# The Lauren Collection



**Vegan Calfskin Shoulder Bag**



**Canvas Bucket Bag**



**Vegan Leather Everyday Tote and Wallet Set**



**Canvas Envelope Crossbody**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
| --- | --- | --- |
| 2000 | $17.60 EA | 110 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

 

# Crimson Handbags



**Top Hand Bag**



**Bell Bucket Bag**



**Top Handled Tote**



**Shoulder Crossbody Bag**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $15.50 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Multi-Color Levande Handbags











**Soft Bucket Bag**

**Convertible Shoulder Bag**

**Crescent Bag and Wallet**

**Belt Bag**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
| --- | --- | --- |
| 2000 | $15.45 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Berry Collection

LOULU



**Hand and Sling Bag**



**Backpack**



**Striped Crossbody Bag**



**Leather Tote Bag**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $17.50 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Walking on a Dream

**MODERNE ELEGANCE**®

SIMPLE SOPHISTICATED LIVING



**3pc Duvet Cover Set - Gray**



**Queen All-season Down Alternative Comforter**



**4pc Queen Hypoallergenic Sheet Set - Gray**



**Cable Knit Sherpa Throw - Gray**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $16.50 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Cozy & Comfy Bedding



**MODERNE ELEGANCE**®

SIMPLE SOPHISTICATED LIVING









**Chenille Blanket with Tassels**

**4PC Queen Sheet Set**

**Shaggy Throw Pillow Set**

**Pintuck Queen Comforter**



| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $21.65 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Nautical Nights



MODERNE
ELEGANCE®

SIMPLE SOPHISTICATED LIVING









**Cotton White Duvet Cover and Sham Set**

**4PC Queen Sheet Set**

**Q Down Alternative Comforter**

**2PK Gussetted Bed Pillows**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $18.25 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Date Night



MODERNE ELEGANCE®
SIMPLE SOPHISTICATED LIVING







**6pc Wine Necessity Kit**          **Martini Gift Set**          **Blanket with Tote**          **Luxury LED Candle Set**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $17.50 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Don't Stop Wining












**Wine Bottle Cooler Bag**

**6 Piece Wine Opener Set**

**Wine Tumblers with Lid Set**

**Texas State Bamboo Cutting Board**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $15.00 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Furry and Cozy

## MODERNE ELEGANCE®
### SIMPLE SOPHISTICATED LIVING









**Faux Fur Robe**

**Luxury LED Candle Set**

**Faux Fur Resort Slippers**

**Faux Fur Throw Blanket**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $17.65 EA | 125 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Total Relaxation










**Bamboo Bath Caddy**

**4 Piece White Bath Towel Set**

**Set of 4 Amber Glass Vanity Set**

**Coral Fleece Robe**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $17.55 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# All For Mom



MODERNE ELEGANCE®
SIMPLE SOPHISTICATED LIVING









**LED Vanity Travel Mirror**

**Sparkling Trio Bracelet Set**

**Nano Steam Tech Facial Steamer**

**17 Slot Jewelry Box**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $15.75 EA | 110 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Dreamy Grey



**MODERNE ELEGANCE**®
SIMPLE SOPHISTICATED LIVING











**3PC Chenille Bathroom Mats**

**Large Storage Basket**

**6PC Ultra Soft Towel Set**

**3PC Electric Hair Dryer**

**6PC Bathroom Accessory Set**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $18.25 EA | 110 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Squeaky Clean for All



**MODERNE ELEGANCE** ®
SIMPLE SOPHISTICATED LIVING

**Spray Mop with Fluid Container**

**Large Storage Basket**

**8PC Microfiber Duster Kit**

**3PC Electric Hair Dryer**

**Electric 3 in 1 Stick Hand Vacuum**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $19.80 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Hustle for the Muscle













**Fitness Gym Duffel**　　**Yoga Mat**　　**Muscle Massage Gun**　　**6 Exercise Towels**　　**2 Pack Smart Water Bottles**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $15.00 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**




# Winter Must Haves











**Portable Air Compressor**

**12V Automotive Travel Blanket**

**Portable Tea & Coffee Kettle**

**3 in 1 Snow Removal Set**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $18.35 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Heat Street











**Portable Air Compressor**

**12V Automotive Travel Blanket**

**Micro Portable Wet/Dry Vac**

**3 in 1 Snow Removal Set**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $18.10 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Vac to the Road













**Portable Air Compressor**

**12V Automotive Travel Blanket**

**Portable Car Vacuum**

**3 in 1 Snow Removal Set**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $18.45 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Adventure Awaits











**Leak-Proof Insulated Daypack**

**Half Gallon Drink Tank Blue**

**Adventure Gear Bag**

**Beverage Tub Cooler Stand**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $16.45 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Outdoor Gamer














**Glacier Cooler Tote**    **Backpack Cooler Chair**    **20oz Tumblers Set of 2**    **Foldable Multipurpose Wagon**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $27.45 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Tailgate Team











**Journeyman Sleeping Bag**

**Portable Foldable Table**

**Portable Cooler-Grill**

**Portable Cornhole Boards**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $17.95 EA | 120 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Fun In the Sun-5 Week










| Backpack Cooler | Beach Chair | Round Beach Towel | Bluetooth Speaker Tumbler | Beach Umbrella with Carry Bag |

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
| --- | --- | --- |
| 2000 | $18.75 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Rolling in the Grass













**Giant Wooden Dice Game**

**Bluetooth Flame Speaker**

**Picnic Blanket**

**4 Bottle Wine Tote**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $15.00 EA | 110 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Outdoor Adventure











**LED Camping Lantern**

**Portable Camping Stove**

**15 Piece Camping Utensil Set**

**Compact Binoculars**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $15.00 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Cast Away















**Carbon Fishing Rod & Reel Combo**

**Digital Fishing Scale**

**Fishing Knife and Net Set**

**2 Tray Tackle Box**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|---|---|---|
| 2000 | $15.50 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Fishing is the Reel Deal











**Fishing Rod and Reel Combo**

**Waterproof Fishing Tackle Box**

**Portable Fishing Tackle Set**

**Tailgate Backpack Stool**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $16.95 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Red Just Built Different













**Power Sander**

**21V Cordless HandDrill**

**Tool Bag with Strap**

**25PC Cordless Rotary Tool**

**Jigsaw**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $19.15 EA | 115 Days |

**Estimated Freight TBD. Quote valid for 10 days.**




# Foreman Tool Set









**21V Cordless Drill**          **10pc Wrench Set**          **7pc Plier Set**          **HD Utility Tote**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
| --- | --- | --- |
| 2000 | $15.50 EA | 110 Days |

**Estimated Freight TBD. Quote valid for 10 days.**

# Working Hard













**Duck Cloth Work Jacket**

**39pc Ultimate Screwdriver Set**

**Foldable Storage Container w/ Lid**

**Rechargeable Flood Light Yellow**

| SET QUANTITY | CONTINUITY PRICE | PRODUCTION TIME |
|:---:|:---:|:---:|
| 2000 | $15.25 EA | 130 Days |

**Estimated Freight TBD. Quote valid for 10 days.**



# Thank you!