Case 1:26-cv-02160-JKB Document 35 Filed 09/21/26 Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.S.,<br><br>Plaintiff,<br><br>v.<br><br>PPE CASINO RESORTS MARYLAND, LLC D/B/A LIVE! CASINO & HOTEL; THE CORDISH COMPANIES, INC., *et al.*,<br><br>Defendants. | Civil Action No. 26-2160-JKB |
| PPE CASINO RESORTS MARYLAND, LLC D/B/A LIVE! CASINO & HOTEL, and THE CORDISH COMPANIES, INC.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>POWER PROMOTIONS, LLC,<br><br>Third-Party Defendant. | |

## ~~PROPOSED~~ SCHEDULING ORDER

Plaintiff Louis Vuitton Malletier S.A.S., Defendants and Third-Party Plaintiffs PPE Casino Resorts Maryland, LLC and The Cordish Companies, Inc., and Third-Party Defendant Power Promotions, LLC (collectively the "Parties") submit the following Proposed Scheduling Order pursuant to the Court's oral orders issued at the September 17, 2026 scheduling conference and by further agreement of the Parties. A redlined version of this Proposed Scheduling Order against the Court's Proposed Scheduling Order (Doc. 31-1) is attached as Exhibit A hereto.

This case is subject to electronic filing. The Parties will be familiarized with the procedures for electronic filing available at: www.mdd.uscourts.gov. The Parties must use the electronic filing system for filing documents with the Clerk and sending case related correspondence to chambers. **When you electronically file a document that, including attachments, is 15 pages or longer, you also must provide a paper copy of the document and a paper copy of the notice of**

Case 1:26-cv-02160-JKB Document 35 Filed 09/21/26 Page 2 of 6

**electronic filing.** The paper copy should be sent to the Clerk's Office, not directly to the Court's chambers.

## I. DEADLINES

| | |
|---|---|
| September 21, 2026: | Deadline for the Parties to jointly submit Proposed Scheduling Order |
| September 23, 2026 | Deadline for the Parties to submit a proposed protective order |
| November 2, 2026 | Deadline for response to any discovery requests served before October 2, 2026, unless otherwise agreed by the Parties |
| November 23, 2026: | Moving for joinder of additional parties and amendment of pleadings. |
| February 26, 2027: | Fact discovery deadline |
| March 19, 2027: | Plaintiff's Rule 26(a)(2) disclosures |
| April 19, 2027: | Defendant's Rule 26(a)(2) disclosures |
| May 12, 2027: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| June 11, 2027: | Expert discovery deadline; submission of status report |
| June 30, 2027: | Dispositive pretrial motions deadline |
| | This case has been referred to a U.S. Magistrate Judge who was asked to schedule a mediation and settlement conference to occur during July, 2027. |

## II. DISCOVERY

Initial Disclosures

This is an action in which Fed. R. Civ. P. 26(a)(1) disclosures need not be made.

Discovery Conference

This action is exempted from the requirements of Fed. R. Civ. P. 26(d)(1) and from Fed. R. Civ. P. 26(f).

Case 1:26-cv-02160-JKB Document 35 Filed 09/21/26 Page 3 of 6

Procedure

Unless otherwise noted herein, all the provisions of Local Rule 104 apply, including the following:

a. All discovery requests must be served in time to assure that they are answered before the discovery deadline. An extension of the deadline will not be granted because of unanswered discovery requests.

b. The existence of a discovery dispute as to one matter does not justify delay in taking any other discovery. The filing of a motion to compel or a motion for a protective order will not result in a general extension of the discovery deadline.

c. No discovery materials, including Rule 26(a)(1) and Rule 26(a)(2) disclosures, should be filed with the court.

d. Motions to compel shall be filed in accordance with Local Rule 104.8 and applicable CM/ECF procedures.

e. The Parties will be familiar with the Discovery Guidelines of this Court which are Appendix A to the Local Rules. Appendix D contains guidelines for form discovery requests and confidentiality orders.

Requests for Production

Unless otherwise ordered by the Court, or agreed upon by the parties, no party shall serve upon any other party, at one (1) time or cumulatively, more than thirty-five (35) requests for production, including all parts and subparts.

Deposition Hours

Each side (Plaintiff, Defendants/Third-Party Plaintiffs, Third-Party Defendant) shall be limited to thirty-five (35) hours of depositions of fact witnesses (including parties). If there are two or more parties on a particular side, they must share the deposition time allotted to their side unless upon a party's request the Court otherwise rules. Any colloquy engaged in by counsel shall be counted against his/her client's deposition time.

The number of deposition hours may be changed by the Court upon request of the parties. Joint requests are almost always granted.

III. STATUS REPORT

The Parties shall file on the day of the discovery deadline a status report covering the following matters:

a. Whether discovery has been completed;

b. Whether any motions are pending;

Case 1:26-cv-02160-JKB Document 35 Filed 09/21/26 Page 4 of 6

c. Whether any party intends to file a dispositive pretrial motion;

d. Whether the case is to be tried jury or non-jury and the anticipated length of trial;

e. A certification that the Parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein;

f. Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion;

g. Whether all Parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.

h. Any other matter which you believe should be brought to the court's attention.

## IV. DISPOSITIVE PRETRIAL MOTIONS

If more than one party intends to file a summary judgment motion, the provisions of Local Rule 105.2.c apply.

After motions and responses thereto have been filed, the Court will advise the Parties if a hearing is to be scheduled.

## V. STATUS AND PRETRIAL CONFERENCES

The Court will set a scheduling conference after the status report has been filed, unless that report indicates that one or more of the Parties intends to file a dispositive pretrial motion. In the latter event the Court will not set a scheduling conference until after the Court has ruled upon the motion (or the dispositive pretrial motion deadline passes without the anticipated motion being filed).

At the scheduling conference:

a. The Court will set a deadline for submitting the pretrial order, motions in limine, proposed voir dire questions and proposed jury instructions. In addition to filing the proposed voir dire, jury instructions, and verdict sheet via CM/ECF, counsel is asked also to submit them to Chambers in MSWord format via the Chambers inbox MDD_JKBChambers@mdd.uscourts.gov.

b. The Court will set a pretrial conference date and a trial date; and

Case 1:26-cv-02160-JKB Document 35 Filed 09/21/26 Page 5 of 6

c. The Court will ask you whether a settlement or other ADR conference with a judicial officer would be useful, and whether all parties would consent to trial (jury or non-jury) before a U.S. Magistrate Judge. **Counsel will confer with their clients about these matters before the conference so that the Parties are in a position to respond.**

## VI. ATTORNEYS' FEES

In any case where attorneys' fees may be sought by the prevailing party, counsel must be familiar with the provisions of Local Rule 109.2 and the Rules and Guidelines for Determining Attorneys' Fees in Certain Cases which are Appendix B to the Local Rules.

## VII. COMPLIANCE WITH LOCAL RULES AND CM/ECF PROCEDURES

The Court will demand compliance with the Local Rules and CM/ECF procedures. If the Parties need to obtain a copy of the Local Rules or the CM/ECF procedures, they are available on the Court's website at www.mdd.uscourts.gov.

## VIII. COMPLIANCE WITH PRIVACY PROTECTION RULE

Counsel are reminded that the Federal Rules of Civil Procedure were amended, effective December 1, 2007, with the addition of a new Rule 5.2 which has detailed requirements requiring the redaction of filings with this court that contain an individual's social security number, tax payer identification number, or birth date, the name of an individual known to be a minor, or a financial account number. It is essential that counsel comply with this rule and with the revised version of the Judicial Conference Privacy Policy adopted in March 2008. For further information on the Judicial Conference Privacy Policy see: http://www.mdd.uscourts.gov/news/news/privacy_memo.pdf.

Date: September 24, 2026

James K. Bredar
United States District Judge